■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. TUPPER, Appellant. [750 NYS2d 557] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.— Grand Larceny, 4th Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

■■■ In the Matter of RUTH NOSBISCH, Appellant, v PAUL J. PUJOLAS, Respondent. [751 NYS2d 798] —Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see Matter of Jordan S.*, 179 AD2d 1091). (Appeal from Order of Family Court, Erie County, Townsend, J.— Custody.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.